UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIG BEATIE,<br><br>　　　　Respondent. | Case No. 1:19-cv-01261-LJO-JDP<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff proceeds in this civil action without representation. Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2. Plaintiff has submitted a declaration regarding his financial circumstances. *Id.* I find that plaintiff's declaration satisfies the requirements under § 1915, and grant plaintiff's motion to proceed *in forma pauperis*. The court will screen plaintiff's complaint in due course before ordering service.

IT IS SO ORDERED.

Dated:　September 19, 2019　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE